UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11280-GAO

JAMES T. FOLEY,
Plaintiff,

v.

YACHT MANAGEMENT GROUP, INC., SAMIR JABER,
YALE TURNER, and DONNA TURNER,
Defendants.

ORDER
August 10, 2010

O'TOOLE, D.J.

Pursuant to Federal Rule of Civil Procedure 37, James T. Foley has moved for sanctions against Yale and Donna Turner (collectively, the "Turners"). The motion seeks attorney's fees and costs incurred as a result of the Turners' failure to appear at their properly noticed depositions, failure to respond adequately to discovery requests, and instruction to their attorney to respond to the discovery requests in a manner calculated to provoke Foley to file motions to compel. The motion stands unopposed.

Imposing sanctions is appropriate, but the amount requested is not. Costs related to the June 13, 2010 status conference at which the discovery motions were resolved will not be assessed against the Turners. Foley was informed that costs incurred to attend that conference were an incident of litigation and non-recoverable.

Attorney's fees will also not be awarded. *Pro se* litigants are generally not entitled to attorney's fees. Giannetta v. Boucher, 981 F.2d 1245, 1992 WL 379416, at *7 (1st Cir. Dec. 22, 1992) (unpublished disposition). No cogent argument has been (or can be) advanced for treating

*pro se* litigants who happen to be attorneys differently. An assessment of attorney's fees is premised on financial indebtedness to a third-party attorney, not compensating for lost leisure time spent prosecuting a civil action. Cf. Schneider v. Colegio de Abogados de P.R., 187 F.3d 30, 39 (1st Cir. 1999) (*pro se* attorney-litigant cannot recover attorney's fees under 42 U.S.C. § 1988); Aronson v. U.S. Dep't of Hous. & Urban Dev., 866 F.2d 1, 4-6 (1st Cir. 1989) (*pro se* attorney-litigant cannot recover attorney's fees under Freedom of Information Act).

Yale and Donna Turner are assessed the following costs:

   Costs assessed regarding the June 10 depositions
| | |
|---|---:|
| Court Reporter | $234.75 |
| Airline Ticket | $249.40 |
| Parking | $47.00 |
| Taxi | $45.00 |
| Total | $576.15 |

It is SO ORDERED.

              /s/ George A. O'Toole, Jr.
              United States District Judge