```
----------------------------------)
JAMES T. FOLEY,                   )
                                  )
        Plaintiff,                )
                                  )
   v.                             )   Civil Action No. 09-11280-DJC
                                  )
YACHT MANAGEMENT GROUP, INC.,     )
SAMIR JABER, YALE TURNER AND      )
DONNA TURNER,                     )
                                  )
        Defendants.               )
----------------------------------)
```

FILED IN CLERKS OFFICE
2012 FEB -7 P 3: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

February 7, 2012

## MOTION TO DISMISS

PRO SE litigant James T. Foley apparently entered the United States Massachusetts District court by a highly suspicious manor.

Exhibit 1 (enclosed ) "ELECTRONIC CASE FILING SYSTEM ATTORNEY REGISTRATION FORM" CLEARY states as well as asks for information that applies ONLY to Attorneys .

'' Attorneys seeking to file documents electronically must be admitted to practice in this court pursuant to LR 83.5, represent the US Government or authorized to appear pro hac vice or thru a MDL action.

Foley , once again has fooled the system.

Dismissal of Actions -FEDERAL RULE 45, would support my case for dismissal.

Respectfully, *[signature]* PRO SE
Yale Turner PRO SE

Cc James T Foley
Fax e mail  630-908-3509
jfoley@foleylawgroup.com         Court fax 617-748-9096

# EXHIBIT 1