# United States District Court
# District of Massachusetts

JAMES T. FOLEY,
    Plaintiff,

    V.                                CIVIL ACTION 2009-11280-DJC

YACHT MANAGEMENT GROUP. INC.,
SAMIR JABER,
YALE TURNER,
DONNA TAYLOR,
    Defendants.

## ORDER ON
## PLAINTIFF'S MOTION, ETC. (#107)

COLLINGS, U.S.M.J.

    No opposition having been filed, it is ORDERED that Plaintiff's Motion. Etc. (#107) be, and the same hereby is, ALLOWED to the following extent:

    The defendants Yale Turner and Donald Turner ("the defendants") are ORDERED to serve full and complete answers to plaintiff's First Set of Interrogatories which are signed and in all other respects comply with Rule 33(b), Fed. R. Civ. P., *on or before the close of business on Monday, March 18, 2013.*

Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed.R.Civ.P.

With respect to the claim for reasonable expenses, including attorney's fees, if the claim is pressed, counsel for the plaintiff shall file and serve, *on or before the close of business Friday, March 8, 2013*, an affidavit or affidavits documenting the amount that the plaintiff will claim as the reasonable expenses, including attorney's fees, which the plaintiff incurred in obtaining the within Order. The defendants are granted leave to file and serve a response/opposition to the amount claimed or any deficiencies in the supporting documentation *on or before the close of business Wednesday, March 20, 2013*.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

Date: February 28, 2013.