```
JAMES T. FOLEY,

        Plaintiff,

        v.                                     Civil Action No. 09-11280-DJC

YACHT MANAGEMENT GROUP, INC.,
SAMIR JABER, YALE TURNER AND
DONNA TURNER,

        Defendants.
```

Motion to have SANCTIONS AWARDED TO THE DEFENDANTS DONNA AND YALE TURNER.

Defendants privacy was violated when Plaintiff Foley PRO SE submitted personal and private information on the Federal Pacer System.
The information was later redacted when to court was made aware.
The plaintiff ALSO sent subpoenas as a pro se litigant , WHICH IS NOT ALLOWED WITHOUT THE CLERKS SIGNATURE.
The information was later redacted when to court was made aware BUT IS NOW OUT IN THE PUBLIC FOR ANYONE TO ACCESS AND USE TO GET THE DEFENDANTS PERSONAL BANKING INFORMATION.

REQUEST SANCTIONS AND THE ILLINOIS BAR EXAMINARS TO BE INFORMED OF James T FOLEY PRO SE masquerading as a Attorney , WHEN HE IS NOT LICENSED TO PRACTICE LAW IN Massachusetts.
February 15, 2013.

respectfully,

*[signature]*

Yale Turner  PRO SE
100 Wendell Road
Newton, Ma. 02459
617-785-9105

Cc JAMES T. FOLEY plaintiff
Fax e mail 630-908-3509
jfoleylawgroup.com
Court fax 617-748-9096